UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-09480-MEMF-SK | Date: January 8, 2026 |
| Title  Santiago Perez v. James Engleman | |

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**      (IN CHAMBERS) **ORDER TO SHOW CAUSE**

Petitioner's opposition to Respondent's motion to dismiss was due on December 29, 2025. (*See* ECF 13). Yet as of this order, Petitioner has filed no timely opposition. Moreover, several of the court's orders were returned as evidently undeliverable. (*See* ECF 14, 15). By not timely opposing Respondent's motion to dismiss, Petitioner may be considered to have consented to the granting of the motion. *See* L.R. 7-12; Fed. R. Civ. P. 41(b). And by failing to keep the court timely apprised of his address of record, Petitioner subjects his petition to summary dismissal "with or without prejudice for failure to prosecute." L.R. 41-6.

Petitioner is therefore ordered to show cause in writing **by no later than January 22, 2026** why this action should not be dismissed for failure to oppose Respondent's motion to dismiss and to keep the court informed of his current address of record. Petitioner may discharge this order by voluntarily dismissing his petition (using the attached form CV-09y) or by filing his opposition to the motion to dismiss by January 22, 2026. Otherwise, failure to respond to this order may lead to involuntary dismissal—and immediate closing of this action with no further notice—for lack of prosecution and noncompliance with court rules and orders. *See* Fed. R. Civ. P. 41(b); L.R. 41-1, 41-6, 7-12.

IT IS SO ORDERED.